People v Sanabria (2018 NY Slip Op 04033)

People v Sanabria

2018 NY Slip Op 04033 [31 NY3d 1143]

June 7, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, September 19, 2018

[*1]

The People of the State of New York, Respondent,
v
Rafael Sanabria, Appellant.

Decided June 7, 2018

People v Sanabria, 151 AD3d 401, affirmed.

APPEARANCES OF COUNSEL

Office of the Appellate Defender, New York City (Margaret E. Knight and Christina Swarns of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York City (Dana Poole and Karen Schlossberg of counsel), for respondent.

{**31 NY3d at 1143} OPINION OF THE COURT

Memorandum.
The order of the Appellate Division should be affirmed. To the extent defendant contends that the trial court infringed on his right to present a defense by limiting his expert's testimony regarding the procedural history of defendant's prior conviction, that contention is unpreserved. The trial court did not otherwise abuse its discretion by restricting the expert's testimony or by admitting some, but not all, evidence related to defendant's prior period of incarceration (see People v Santarelli, 49 NY2d 241, 248-249 [1980]). On this record, defendant failed to demonstrate that he was denied the effective assistance{**31 NY3d at 1144} of counsel (see People v Rivera, 71 NY2d 705, 709 [1988]). Defendant's remaining contentions lack merit.
Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.
On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.